IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| VERN McKINNEY, #410454 § | |
| § | |
| v. § | CIVIL ACTION NO. G-04-195 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| TDCJ-CID § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 13th day of June, 2005.

_____
Samuel B. Kent
United States District Judge